DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00009 MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | |
| CHRISTOPHER CASTANEDA, | Magistrate Judge: Michael J. Seng |
| Defendant. | |

Mr. Castaneda lives in Chico, California, which is approximately 5.5 hours from Yosemite. He is a full-time student at Butte Community College where he is studying computer information systems. Given his limited resources and school schedule, it is a significant financial and personal hardship for Mr. Castaneda to be present at court in Yosemite. Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings and change of plea. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Additionally, Mr. Castaneda understands that he has the right to appear in person in the Eastern District of California at plea and sentencing. Pursuant to Fed. R. Crim. P. 43(b)(2) & (3), Mr. Castaneda waives the right to be personally present, and requests that plea and sentencing be conducted in his absence.

DATED: January 31, 2012        /s/ Christopher Castaneda
                               CHRISTOPHER CASTANEDA
                               (Original Signature in File)

DATED:  January 31, 2012       /s/ Peggy Sasso
                               PEGGY SASSO
                               Assistant Federal Defender
                               Attorney for Christopher Castaneda

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order. HOWEVER, Defendant's request to waive his personal appearance at plea and sentencing is denied without prejudice.

IT IS SO ORDERED.

Dated:   February 1, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE