1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4
   Attorney for Defendant
5  CHRISTOPHER CASTANEDA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 6:11 cr-0009 MJS
                                  )
12                Plaintiff,      )
                                  ) STATUS REPORT; REQUEST FOR
13      v.                        ) CONTINUANCE;ORDER
                                  )
14 CHRISTOPHER CASTANEDA,         )
                                  ) Date: July 10, 2012
15                Defendant.      ) Time: 10:00 a.m.
                                  ) Judge: Michael J. Seng
16 _____)

17

18      This case is currently scheduled for a status conference on
19 May 15, 2012.  Plaintiff United States of America and Defendant,
20 through their respective counsel, have agreed that this case is best
21 resolved by a deferred prosecution agreement.  In May, the matter was
22 submitted to Pre-Trial Services for a review and report.  Pre-Trial
23 requested 45 days to complete the report. In order for this report to
24 be received, reviewed, and signed by the parties and submitted to the
25 court for its review, the parties have agreed to request that the court
26 ///
27 ///
28 ///

continue the status conference until July 10, 2012, at 10:00 a.m.

Dated:  May 8, 2012

Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
CHRISTOPHER CASTANEDA

---------------
ORDER

Pursuant to Defendant Christopher Castaneda's unopposed request to continue the status conference in this case, and for the reasons outlined in that request, IT IS HEREBY ORDERED that the status conference currently scheduled for May 15, 2012, shall be continued until July 10, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 8, 2012            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE