Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CASTANEDA,<br><br>Defendant. | No. 6:11-cr-09-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: November 20, 2013       NATIONAL PARK SERVICE

                                                             /S/ Susan St. Vincent_____
                                                             Susan St. Vincent
                                                              Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Casteneda 6:11-cr-09-MJS*, be dismissed, without prejudice, in the interest of justice.


IT IS SO ORDERED.

Dated: November 20, 2013        /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE